FILED

09/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0512

_____

RICHARD E. SHREVES,

     Plaintiff and Appellant,

    v.

MONTANA DEPT. OF LABOR and INDUSTRY,
CORRECTIONAL HEALTH CARE REVIEW
PANEL, MONTANA DEPARTMENT OF
CORRECTIONS and PAUL REES,

     Respondents and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Richard E. Shreves, to all counsel of record, and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2024